FILED
CLERK, U.S. DISTRICT COURT

MAR 20 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID ARENZ, | Case No. CV 05-06624 GW (AN) |
| Petitioner, | |
| v. | ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| GIURBINO, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation, *de novo*. IT IS ORDERED that:

1. By way of this Order, the Report and Recommendation is approved and adopted with the following corrections:

   (a) Page 4, line 16: "Where a California Supreme Court" is corrected to read "Where the California Supreme Court"

   (b) Page 5, line 11: "not" is inserted before "procedurally defaulted"

   (c) Page 8, line 9: "sets forth" is corrected to read "set forth"

   (d) Page 25, line 15: "not was contrary to" is corrected to read "was not contrary to"

///

2. Judgment shall be entered denying the First Amended Petition and dismissing this action with prejudice.

3. All motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: March 20, 2009

GEORGE H. WU
UNITED STATES DISTRICT JUDGE