ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAR 20 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID ARENZ, | Case No. CV 05-06624 GW (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| GIURBINO, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: March 20, 2009

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 20 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY